NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEARS TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**FINISAR CORPORATION,**
*Defendant-Cross-Appellant*

---

2016-1485, 2016-1503

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00376-JRG, Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by KYLE L. HARVEY, ROBERT M. SPALDING, CHRISTOPHER H. ST. PETER, ROLF STADHEIM.

DAVID C. RADULESCU, Radulescu LLP, New York, NY, argued for defendant-cross-appellant. Also represented by ROBIN M. DAVIS, MARIA GRANOVSKY, ETAI LAHAV, TIGRAN VARDANIAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 11, 2017              /s/ Peter R. Marksteiner
        Date                  Peter R. Marksteiner
                              Clerk of Court